Tab 1



© 2011 MRIS ©



© 2011 MRIS ©















<-'></->











