Tab 2

Bribery Sentences

| Year sentenced | Defendant | Position | D.Ct. | Prison sentence (months) | Restitution | Total bribe | Total Offense Level | Agency/Intended Recipient | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2012 | James Momon | Contracting Officer, U.S. Army | D.C. (EGS) | 18 | $5,700,000.00 | $1,600,000.00 | TBD (32 gov't rec) | U.S. Army contract (Kuwait) | Planned to receive $5,800,000.00 in bribes; Cooperating w/ gov't, awaiting sentencing; info from press release: http://www.justice.gov/opa/pr/2012/January/12-crm-020.html |
| 2013 | Richard Evick | Senior procurement officer, U.S. Army | W. Va. | 12 | $0.00 | $170,000.00 | TBD | U.S. Army contract (Kuwait) | Awaiting sentencing; info from press release: http://www.justice.gov/opa/pr/2012/June/12-crm-814.html |
| 2012 | Bernard Grobart | Civilian contractor with Con Ed | S.D.N.Y. | 60 | $297,000.00 | $297,000.00 | 27 (gov't rec) | Scheme to defraud Con Ed | |
| 2012 | Charles O. Finch | Contracting Officer's representative, U.S. Army | D. Haw. | 51 | $200,000.00 | $200,000.00 | 30 (gov't rec, open to reduction) | DoD (Afghanistan) | |
| 2012 | Derrick Shoemake | Contracting Officer, U.S. Army | C.D. Cal. | 41 | $250,000.00 | $250,000.00 | | U.S. Army contract (Kuwait) | Sentencing info from press release: http://www.justice.gov/opa/pr/2012/June/12-crm-754.html |
| 2012 | Eddie Pressley | Contracting official, U.S. Army | N.D. Ala. | 144 | $21,000,000.00 | $3,000,000.00 | | U.S. Army contract (Kuwait) | Sentencing info from press release: http://www.justice.gov/opa/pr/2012/January/12-crm-020.html |
| 2012 | Eurica Pressley | Civilian, Wife of E. Pressley | N.D. Ala. | 72 | $21,000,000.00 | $3,000,000.00 | | U.S. Army contract (Kuwait) | Wife of Eddie Pressley; sentencing info from press release: http://www.justice.gov/opa/pr/2012/February/12-crm-245.html |
| 2012 | Mina S. Pase | Executive Director of the American Samoa Special Services Commission | D.C. (RBW) | 14 | $325,408.00 | $325,408.00 | | American Samoa Special Services Commission | Stole from the Commission; Sentencing info from press release: http://www.justice.gov/opa/pr/2012/June/12-crm-781.html |
| 2012 | Terry "Marcus" Hall | Civilian contractor | N.D. Ala. | 39 | $15,757,000.00 | $3,000,000.00 | | U.S. Army contract (Kuwait) | Testified against Eddie and Eurica Pressley; sentencing info from press release. http://www.justice.gov/opa/pr/2012/March/12-crm-343.html |
| 2011 | Charles Joseph Bowie | Contracting official, U.S. Army | W.D. Tex. | 24 | $400,000.00 | $400,000.00 | | U.S. Army contract (Kuwait) | Co-conspirator with Cockerham; sentencing info from press release: http://www.justice.gov/opa/pr/2011/December/11-crm-1632.html |
| 2011 | Christopher P. West | Head of Base Operations, Bagram Airfield, U.S. Army National Guard | N.D. Ill. | 60 | $500,000.00 | $30,000.00 | 31 | Overpayments by DoD, U.S. Army (Afghanistan) | Gov't requested downward departure due to Def's cooperation |
| 2011 | Dorothy Ellis | Civilian contractor | S.D. Tex. | 37 | $360,000.00 | $360,000.00 | 23 (by stipulation of the parties) | U.S. Army contract (Iraq) | |
| 2011 | James M. Woodason | Purchasing Official, Con Edison | S.D.N.Y. | 60 | $528,853.10 | $342,000.00 | 27 (gov't rec) | Scheme to defraud Con Ed; accepted bribe payments from vendors | Planned to receive an additional $500k |
| 2011 | John Mihalczo | Contracting official, U.S. Army National Guard | N.D. Ill. | 12 | $115,000.00 | $115,000.00 | 17 | U.S. Army (Afghanistan) | Gov't requested downward departure due to Def's cooperation. |
| 2011 | Kevin A. Ring | Lobbyist | D.C. (ESH) | 20 | | | 23 | Members of Congress and executive agencies | Sentence stayed pending outcome of appeal |
| 2011 | Patrick W. Boyd | Contracting Officer, Air Force | N.D. Ill. | 40 | $130,000.00 | $60,000.00 | 23 | U.S. Army (Afghanistan) | Gov't requested downward departure due to Def's cooperation. |
| 2011 | Robert G. Moore | Contracting official, U.S. Army National Guard | N.D. Ill. | 15 | $98,000.00 | $120,000.00 | 14 | U.S. Army (Afghanistan) | Gov't requested downward departure due to Def's cooperation. -Reduced from 22 for assisting the investigation |
| 2011 | Roger Charles Day, Jr. | Civilian contractor | E.D. Va. | 1260 | $6,256,710.44 | | 45 (gov't rec) | Defrauded DoD | Defrauded DoD of over $11.2M. Additional sentencing documents are sealed Sentencing info from press release: http://www.justice.gov/opa/pr/2011/December/11-crm-1653.html |
| 2011 | Sidharth Handa | Captain, U.S. Army Reserve | E.D. Va. | 120 | $315,000.00 | $1,300,000.00 | 33 | U.S. Army (Afghanistan) | Ct imposed sentence below guidelines range b/c def's military service, etc. |
| 2010 | Carolyn Blake | Civilian, Sister of J. Cockerham | W.D. Tex. | 70 | $3,100,000.00 | $3,100,000.00 | 27 | U.S. Army contract (Kuwait) | Sister of John Cockerham, received bribes on his behalf and planned to keep over $300,000 for herself |
| 2010 | Dinorah Cobos | Civilian contractor | E.D. Va. | 24 | | | 33-41 | ACE contract (Afghanistan) | Gov't requested downward departure due to Def's cooperation. |
| 2010 | Michael Wheeler | Contracting official, U.S. Army | D.N.J. | 42 | $1,200.00 | $1,000,000.00 | 36 for bribery and honest services counts, 30 for weapons count | Coalition Provision Authority - South Central Region (Iraq) | Statutory maximum of 60 months |
| 2009 | Christopher Murray | Contracting official, U.S. Army | M.D. Ga. | 57 | $245,000.00 | $225,000.00 | 25 | U.S. Army contract (Iraq) | |

| Year | Name | Role | District | Months | Amount | Loss/Stolen | Offense Level | Contract/Agency | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 2009 | Curtis G. Whiteford | Contracting official, U.S. Army | D.N.J. | 60 | $16,200.00 | $55,758.00 | 40 | Coalition Provision Authority - South Central Region (Iraq) | Misused CPA funds and solicited bribes. Gov't recommended level 40; statutory maximum of 60 months |
| 2009 | Debra M. Harrison | Deputy comptroller, U.S. Army | D.N.J. | 30 | $366,340.00 | $300,000.00 | 23 (gov't rec) | Coalition Provision Authority - South Central Region (Iraq) | Stole $300,000 from CPA |
| 2009 | Durwanda Elizabeth Morgan Heinrich | Civilian contractor | E.D. La. | 60 | | | 34 | ACB Katrina recovery | |
| 2009 | Hashmatullah Farooqi | Civilian contractor | E.D. Va. | 48 | | $1,000,000.00 | 23 | U.S. Army contract (Afghanistan) | |
| 2009 | John Cockerham | Contracting Officer, U.S. Army | W.D. Tex. | 210 | $9,600,000.00 | $9,600,000.00 | 37 | U.S. Army contract (Kuwait) | |
| 2009 | Melissa Cockerham | Civilian, Spouse J. Cockerham | W.D. Tex. | 41 | $1,400,000.00 | Assisted J. Cockerham | 22 | U.S. Army contract (Kuwait) | Wife of John Cockerham, laundered money for him. Gov't requested downward departure due to Def's cooperation |
| 2009 | Rohullah Farooqi Lodin | Civilian contractor | E.D. Va. | 48 | | $1,000,000.00 | 23 | U.S. Army contract (Afghanistan) | |
| 2008 | Gregory Allen Stewart | Civilian contractor | E.D. Va. | 75 | $3,695,235.00 | | 24 (gov't rec) | DoD | Co-conspirator with Day. Sentencing info from press release: http://www.justice.gov/opa/pr/2011/December/11-crm-1653.html |
| 2008 | Harriette M. Walters | Dist. of Columbia Government Employee | D.C. (EGS) | 210 | $64,392,060.00 | Stole $42,657,606.86 | 39 | District of Columbia - Walters prepared and approved fraudulent property tax refund vouchers | Offense level 39 after grouping money laundering conspiracy and wire fraud charges. Tax evasion charges not grouped, but constitute a lesser offense. Sentence reduced due to cooperation. |
| 2008 | Philip Bloom | Civilian contractor | D.C. (CKK) | 37 | $3,600,000.00 | $1,000,000.00 | 21 | Coalition Provision Authority - South Central Region (Iraq) | Bloom paid over $1M in gifts and cash to Whiteford, Harrison, Wheeler, Stein, and Hopfengardner |
| 2007 | Bruce Hopfengardner | Contracting official, U.S. Army | D.C. (CKK) | 21 | $144,500.00 | $1,000,000.00 | 16 | Coalition Provision Authority - South Central Region (Iraq) | |
| 2007 | Nathan Francis Victor Carroll | Civilian contractor | E.D. Va. | 70 | $3,695,235.00 | | 27 (gov't rec) | DoD | Co-conspirator with Day. Sentencing info from press release: http://www.justice.gov/opa/pr/2011/December/11-crm-1653.html |
| 2007 | Robert Stein | DoD contract employee, Comptroller and Funding Officer | D.C. (CKK) | 108 | $3,600,000.00 | $1,000,000.00 | 30 | Coalition Provision Authority - South Central Region (Iraq) | |